NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CURTIS JAY HOLZSCHUH,⁣ )
⁣ )
      Appellant,⁣ )
⁣ )
v.⁣ )    Case No. 2D18-3681
⁣ )
EILEEN WYATT HOLZSCHUH,⁣ )
⁣ )
      Appellee.⁣ )
_____ )

Opinion filed April 5, 2019.

Appeal from the Circuit Court for Polk
County; Roger A. Alcott, Senior Judge.

Curtis Jay Holzschuh, pro se.

Eileen Wyatt Holzschuh, pro se.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.